**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Munoz-Ortega

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj2055 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| **REYMUNDO MUNOZ-ORTEGA,** ) | |
| Defendant. ) | |

   Pursuant to implementation of the CM/EMF procedures in the Southern District of California, James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                   Respectfully submitted,

Dated: July 10, 2008          *s/ James M. Chavez*
                    Federal Defenders of San Diego, Inc.
                    *james_chavez@fd.org*

1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Munoz-Ortega

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Case No. 08mj2055
                                  )
12          Plaintiff,             )
                                  )
13 v.                              )   **PROOF OF SERVICE**
                                  )
14 **REYMUNDO MUNOZ-ORTEGA**,    )
                                  )
15          Defendant.             )
                                  )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20         **UNITED STATES ATTORNEY**
           efile.dkt.gc1@usdoj.gov,
21

22 Dated: July 1, 2008                         s/ *James M. Chavez*
                                              JAMES M. CHAVEZ
23                                            Federal Defenders of San Diego, Inc.,
                                              225 Broadway, Suite 900
24                                            San Diego, CA 92101-5030
                                              (619) 234-8467  (tel)
25                                            (619) 687-2666  (fax)
                                              e-mail: james_chavez@fd.org
26

27

28